**DISMISS and Opinion Filed February 12, 2024**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-23-00953-CV**

**DAIMLER TRUCK FINANCIAL SERVICES USA LLC, Appellant**

**V.**

**FREDERICK MAJANGA, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-23-00667**

# MEMORANDUM OPINION

Before Justices Reichek, Carlyle, and Miskel
Opinion by Justice Reichek

Before the Court is appellant's unopposed motion for voluntary dismissal of this appeal. *See* TEX. R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*

/Amanda L. Reichk/
AMANDA L. REICHEK
JUSTICE

230953F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DAIMLER TRUCK FINANCIAL
SERVICES USA LLC, Appellant

No. 05-23-00953-CV     V.

FREDERICK MAJANGA, Appellee

On Appeal from the 192nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-23-00667.
Opinion delivered by Justice
Reichek, Justices Carlyle and Miskel
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Frederick Majanga recover his costs, if any, of this appeal from appellant Daimler Truck Financial Services USA LLC.

Judgment entered February 12, 2024.

–2–